### 21652. ZIPPERER *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the special grounds of the motion for a new trial were merely in elaboration of the general grounds.

Judgment affirmed. *Luke, J., concurs. Bloodworth, J., absent on account of illness.*